# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M18 | 9597166 | Wilcher R | 1336 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 09/17/2022 1740 | 38 C.F.R. 1.218(b)(6) |

Place of Offense: JOT M. SHACK, NEAR BLDG 169
3687 VETERANS DR FT HARRISON, MT 59636

Offense Description: Factual Basis for Charge    HAZMAT ☐
FAILURE TO COMPLY W/ SIGNS OF A DIRECTIVE AND RESTRICTIVE NATURE POSTED FOR SAFETY REASONS

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| BUCKINGHAM | HAL | J |

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | | N/A |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 50 Forfeiture Amount
+ $30 Processing Fee
$ 80 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*9597166*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on SEPTEMBER 17, 2022 while exercising my duties as a law enforcement officer in the _____ District of MONTANA

ON THE ABOVE LISTED TIME AND DATE, WHILE WORKING ON A PATROL SHIFT IN FULL DUTY UNIFORM, W/ CONCURRENT JURISDICTION, I, DETECTIVE WILCHER, DID A CURSORY WALK AROUND BLDG 169 (RRTP) DUE TO THE INCREASED SMOKING INCIDENTS. UPON TURNING THE CORNER, I OBSERVED THE AFOREMENTIONED MALE, BUCKINGHAM, SMOKING A CIGARETTE ON VA PROPERTY. THIS VIOLATION RESULTED IN THE ISSUANCE OF A USDCVN. NO REPORT FOLLOWS.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/17/2022   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident